UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WHITNEY DESIGN, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:08CV01882 AGF |
| BRABANTIA NEDERLAND B.V., | ) |
| Defendant. | ) |

## ORDER

In light of the status report filed with the Court on February 1, 2010, wherein Plaintiff advised the bankruptcy proceedings are still pending,

**IT IS HEREBY ORDERED** that this case shall continue to be stayed during the pendency of Plaintiff's bankruptcy proceedings or until such time as the bankruptcy court approves of Plaintiff proceeding with the claim.

**IT IS FURTHER ORDERED** that upon obtaining approval of the bankruptcy court to proceed with the claims, or on June 1, 2010, whichever date occurs first, Plaintiff shall file a status report on the bankruptcy proceedings and/or make an appropriate motion as to the extension, modification, or lifting of the stay. In the status report, Plaintiff shall advise whether a plan of reorganization has been filed and shall report on any efforts to obtain leave of the bankruptcy court to proceed with this claim.

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of February, 2010.